```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
```
JORDAN MIZRACHI,

        Plaintiff,                                      JUDGMENT
                                                               18-CV-6780 (WFK)(SMG)

    v.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP,

        Defendant.
```
------------------------------------------------------------ X
```
        A Decision and Order of Honorable William F. Kuntz II, United States District Judge, having been filed on December 10, 2019, granting defendant's motion to dismiss; it is

        ORDERED and ADJUDGED that defendant's motion to dismiss is granted; and that this case is closed.

| | |
|---|---|
| Dated: Brooklyn, NY<br>       December 11, 2019 | Douglas C. Palmer<br>Clerk of Court |
| | By:   /s/*Jalitza Poveda*<br>         Deputy Clerk |